# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **JAMES E. SHELTON** <br> *Plaintiff* <br><br> v. <br><br> **AMERICAN BUSINESS SERVICES INC.; NARIN CHARANVATTANAKIT** <br> *Defendant* | Civil Action No. 24-cv-777-STV |

## AFFIDAVIT OF SERVICE

I, William Zambrano, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Narin Charanvattanakit in Orange County, CA on March 29, 2024 at 6:13 pm at 121 Turquoise, Irvine, CA 92620 by personal service by handing the following documents to an individual identified as Narin Charanvattanakit.

Complaint
Additional Description:
summons was served personally to Defendant NARIN Narin CHAR CHARANVATTANAKIT ⌞OBJ⌟ at his front door and served without incident

Asian Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.7165214078,-117.7526912922
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Orange County, CA on 3/30/2024.

/s/ *William Zambrano*

Signature
William Zambrano
+1 (714) 955-1206

Case No. 1:24-cv-00777-STV   Document 5   filed 03/31/24   USDC Colorado   pg 3 of 3

