# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00777-STV

JAMES E. SHELTON, individually,
and on behalf of all others similarly situated,

    Plaintiff(s),

v.

AMERICAN BUSINESS SERVICES INC., d/b/a FUNDING 770, and
NARIN CHARANVATTANAKIT,

    Defendant(s).

## DEFENDANT NARIN CHARANVATTANAKIT'S ANSWER TO CLASS ACTION COMPLAINT AND AFFIRMATIVE DEFENSES

### ANSWER TO COMPLAINT

Defendant Narin Charanvattanakit ("Defendant") submits the following Answer to Plaintiff James E. Shelton's ("Plaintiff") Complaint.

### I. INTRODUCTION

1. Answering paragraph 1, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

2. Answering paragraph 2, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

3. Answering paragraph 3, Defendant lacks knowledge or information sufficient to admit or deny the allegations and on that basis denies the same.

4. Answering paragraph 4, Defendant lacks knowledge or information sufficient to admit or deny the allegations and on that basis denies the same.

## II.  PARTIES

5. Answering paragraph 5, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

6. Answering paragraph 6, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

7. Answering paragraph 7, Defendant denies the allegation that he is the owner of Funding 770 or its "many DBAs and shell companies." However, Defendant admits that he is a resident of Irvine, CA.

### III.  JURISDICTION AND VENUE

8. Answering paragraph 8, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

9. Answering paragraph 9, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

10. Answering paragraph 10, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

### IV.  FACTS

11. Answering paragraph 11, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

12. Answering paragraph 12, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

13. Answering paragraph 13, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

14. Answering paragraph 14, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

15. Answering paragraph 15, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

16. Answering paragraph 16, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

17. Answering paragraph 17, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

18. Answering paragraph 18, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

19. Answering paragraph 19, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

20. Answering paragraph 20, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

21. Answering paragraph 21, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

22. Answering paragraph 22, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

23. Answering paragraph 23, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

24. Answering paragraph 24, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

25. Answering paragraph 25, Defendant denies being the owner Funding 770 or American Business Services Inc, and Defendant lacks knowledge or information sufficient to admit or deny the allegation concerning Funding 770 being a DBA of American Business Services Inc.

26. Answering paragraph 26, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

27. Answering paragraph 27, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

28. Answering paragraph 28, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

29. Answering paragraph 29, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

30. Answering paragraph 30, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

31. Answering paragraph 31, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

32. Answering paragraph 32, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

33. Answering paragraph 33, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

34. Answering paragraph 34, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

35. Answering paragraph 35, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

36. Answering paragraph 36, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

37. Answering paragraph 37, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

38. Answering paragraph 38, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

39. Answering paragraph 39, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

40. Answering paragraph 40, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

41. Answering paragraph 41, Defendant lacks knowledge or information sufficient to admit or deny the allegations and on that basis denies the same.

42. Answering paragraph 42, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

43. Answering paragraph 43, Defendant denies the allegation.

44. Answering paragraph 44, admit.

45. Answering paragraph 45, Defendant denies the allegation.

46. Answering paragraph 46, Defendant denies the allegation.

47. Answering paragraph 47, Defendant denies the allegation.

48. Answering paragraph 48, Defendant denies the allegation.

49. Answering paragraph 49, admit.

50. Answering paragraph 50, Defendant denies the allegation.

51. Answering paragraph 51, Defendant denies the allegation.

52. Answering paragraph 52, Defendant denies the allegation.

53. Answering paragraph 53, Defendant denies the allegation.

## V.  CLASS ACTION ALLEGATIONS

54. Answering paragraph 54, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

55. Answering paragraph 55, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

56. Answering paragraph 56, Defendant denies the allegation.

57. Answering paragraph 57, Defendant denies the allegation.

58. Answering paragraph 58, Defendant submits that the allegations state a legal conclusion to which no response is required. To the extent the allegation can be construed as one of fact, Defendant denies the allegation in its entirety.

59. Answering paragraph 59, Defendant denies the allegation.

60. Answering paragraph 60, Defendant denies the allegation.

61. Answering paragraph 61, Defendant denies the allegation.

62. Answering paragraph 62, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time and on that basis denies the same.

63. Answering paragraph 63, Defendant denies the allegation.

64. Answering paragraph 64, Defendant denies the allegation.

65. Answering paragraph 65, Defendant denies the allegation.

66. Answering paragraph 66, Defendant lacks knowledge or

information sufficient to admit or deny the allegations at this time and on that basis denies the same.

67. Answering paragraph 67, Defendant lacks knowledge or information sufficient to admit or deny the allegations at this time on that basis denies the same.

68. Answering paragraph 68, Defendant denies the allegation.

## FIRST CAUSE OF ACTION

(Alleged violation of Telephone Consumer Protections Act)

69. Answering paragraph 69, Defendant incorporates its responses to paragraphs 1 through 68 of Plaintiff's complaint above as if fully rewritten herein.

70. Answering paragraph 70, Defendant denies the allegation.

71. Answering paragraph 71, Defendant denies the allegation.

72. Answering paragraph 72, Defendant denies the allegation.

73. Answering paragraph 73, Defendant denies the allegation.

## DEFENDANT'S AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.

2. Defendant is informed and believes, and based thereon alleges that Plaintiff has not suffered actual harm and therefore has no Article III standing to sue.

3. Plaintiff's claims are barred or limited because the damages or injuries to Plaintiff, to the extent any exist, were caused in whole or in part by the acts or omissions of third parties over which Defendant had no control, and/or by the acts or omissions of Plaintiff.

4. Plaintiff's claims may be barred, in whole or in part, by the doctrine of waiver.

5. Defendant has acted in good faith to comply with the law and has not willfully or knowingly violated any provision, subsection or regulation under the TCPA.

6. Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

7. Plaintiff had a duty to take reasonable steps to mitigate and/or avoid the alleged damages. Defendant is informed and believes, and based thereon alleges, that Plaintiff failed to do so, and therefore may be barred, in whole or in part, from recovering damages in this case.

8. Plaintiff's claims may be barred to the extent that Plaintiff acquiesced to the alleged conduct by Defendant.

9. Plaintiff's claims are barred to the extent Plaintiff previously consented to receive the alleged communications.

10. Plaintiff's claim is subject to dismissal, in whole or in part, to the extent the claims made in the Complaint on behalf of Plaintiff and/or members of the proposed class are barred by accord and satisfaction, release, judicial estoppel, or the applicable statute of limitations.

11. Defendant is informed and believes, and based thereon alleges, that the relevant provisions of the TCPA violate the U.S. Constitution and the Constitution of the State of Colorado.

12. Defendant expressly reserves the right to amend this Answer and to assert additional affirmative defenses, and to supplement, alter, or change this Answer and separate defenses upon revelation of more definitive facts by Plaintiff or upon Defendant's undertaking of discovery and investigation in this matter.

WHEREFORE, Defendant prays for relief from Plaintiff's Class Action Complaint as follows:

1. Dismissal of Plaintiff's Class Action Complaint with prejudice and on the merits;

2. Entry of judgment against Plaintiff and in favor of Defendant on all claims;

3.  Entry of judgment that Plaintiff take nothing by way of the Complaint;

4.  Denial of certification of the proposed class;

5.  Awarding Defendant his costs, disbursements, and attorney fees; and

6.  Awarding Defendant such further relief as the Court deems just, proper, and equitable.

DATED this 25th day of April, 2024.

/s/ Jessica B. King
**Jessica B. King**
Markun Zusman & Compton LLP
16255 Ventura Blvd., Suite 910
Encino, CA 91436
Telephone: (310) 454-5900
Facsimile: (310) 454-5970
E: jking@mzclaw.com
Attorney for Defendant Narin Charanvattanakit