**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00777-STV

JAMES E. SHELTON, individually,
and on behalf of all others similarly situated,

    Plaintiff(s),

v.

AMERICAN BUSINESS SERVICES INC., d/b/a FUNDING 770, and
NARIN CHARANVATTANAKIT

    Defendant(s).

---

**DEFENDANT NARIN CHARANVATTANAKIT'S MOTION FOR
EXTENSION OF TIME OR CONTINUANCE**

1. I, JESSICA B. KING, counsel for Defendant Narin Charanvattanakit in this case, respectfully request**:**

    **An extension of time to exchange with opposing party or file with the Court:**

    \_\_\_\_\_ my initial disclosures currently due on _____.

    \_\_\_\_\_my response to Request for Admissions currently due on _____.

    \_\_\_\_\_my response to Interrogatories currently due on _____.

    \_\_\_\_\_my expert report(s) currently due on _____.

    \_\_\_\_\_my response to a pending Motion to Dismiss under FRCP 12(b)(6) currently due on _____.

    \_\_\_\_\_my response to a pending Motion for Summary Judgment under FRCP 56 currently due on _____.

    \_\_\_\_\_my response to a pending Motion for _____ currently due on _____.

**OR**

**[X] An extension of:**

\_\_\_\_ the discovery deadlines in the Scheduling Order.

\_\_\_\_ the deadlines to designate expert witnesses in the Scheduling Order.

 **_X_** the deadline for the Consent Form currently due May 1, 2024.

 **_X_** the deadline for Proposed Scheduling Order currently due May 8, 2024.

**OR**
**[X] An extension of time to hold:**

 **__X___** the Scheduling Conference currently set for May 15, 2024

\_\_\_\_\_ the Status Conference currently set for _____.

\_\_\_\_\_ the Settlement Conference currently set for _____.

2. I have received zero (0) prior extensions.

3. These extensions are necessary because I most recently underwent an emergency medical surgery from which I am still recovering that will prevent me from satisfying the deadlines listed under paragraph 1 of this form, and from appearing at the scheduling conference currently set for May 15, 2024.

In addition, I am the only attorney at Markun Zusman & Compton LLP who is currently barred and eligible to practice law in this Court.

An extension of the above-referenced deadlines and the scheduling conference would allow Defendant Charanvattanakit an opportunity to comply with the currently scheduled deadlines and to appear at the scheduling conference.

Therefore, I ask that this Court grant an extension of 12 days for the items above, or, in the alternative, for both deadlines of the items above and the scheduling conference currently set for May 15, 2024, to be scheduled for dates after May 13, 2024.

4. Our office has contacted Andrew Perrong, counsel for Plaintiff, to inform him of this motion. Plaintiff's counsel then contacted his co-counsel, Anthony Paronich, who also had no objection to this Motion.

    \_\_   This motion is opposed because [*describe reason*] _____

_____.

    \_**X**\_   This motion is not opposed.

    \_\_\_\_   I tried to contact opposing party, but was unable to make contact.  I tried to reach opposing party by [*describe*] _____

_____.

Respectfully submitted,

/s/ Jessica B. King                                          May 1, 2024
***Jessica B. King***
Markun Zusman & Compton LLP
16255 Ventura Blvd., Suite 910
Encino, CA 91436
Telephone: (310) 454-5900
Facsimile:  (310) 454-5970
E: jking@mzclaw.com
Attorney for Defendant Narin Charanvattanakit