IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN BUSINESS SERVICES INC.<br>D/B/A FUNDING 770<br><br>AND<br><br>NARIN CHARANVATTANAKIT<br><br>Defendants. | Case No.<br><br>1:24-CV-00777-PAB-STV<br><br>**JURY TRIAL DEMANDED** |

## PRAECIPE TO APPEAR REMOTELY

Counsel for Plaintiff, James E. Shelton ("Plaintiff") hereby requests to be permitted to appear remotely and telephonically and/or via videoconference at the June 4, 2024 Scheduling Conference in this matter. Counsel for Plaintiff makes this request based on the following:

1. Plaintiff's counsel is located in Glenside, Pennsylvania. It will cost considerable time and expense for Plaintiff's counsel to attend the Court's Scheduling Conference in-person. The Parties are working together to conduct a Rule 26(f) Conference but Defendant's counsel is recovering from surgery. Accordingly, Plaintiff's counsel requests permission to appear telephonically.

2. Given the additional consideration that the Defendant's counsel is also recovering from surgery, such consideration might make travel difficult for Defendant's counsel, which has thus far been unavailable to meet and confer with Plaintiff, including as to this relief. It furthers the

interests of justice and the spirit of FED. R. CIV P. 1 to permit attendance via telephone for

Plaintiff's counsel.

RESPECTFULLY SUBMITTED AND DATED this May 9, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com


*Attorney for Plaintiff and the Proposed Class*

2