IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action:24-cv-00777-PAB-STV | Date:  June 4, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

JAMES E. SHELTON | Andrew Perrong (by phone)

   Plaintiff,

v.

AMERICAN BUSINESS SERVICES INC., and
NARIN CHARANVATTANAKIT | Jessica King (by phone)

   Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:  11:16 a.m.**
Court calls case.  Appearances of counsel.

This matter was originally set for a scheduling conference but there is one Defendant who has not been served.

Mr. Perrong updates the court regarding efforts on service of the corporate entity.

Ms. King states to the court that as of right now, her client does not claim to be affiliated with the corporate entity.

For the reasons stated on the court, it is:

**ORDERED:**     A further Status Conference is set for **August 14, 2024 at 10:30 a.m**. before Magistrate Judge Varholak.  Parties may appear telephonically by calling the court at (571-353-2301) Access Code: 252821415#.  If sufficiently in advance of that hearing, service of the corporate entity is obtained, and everyone wishes to convert the status conference into a scheduling conference, the parties may do so.

Hearing concluded.

**Court in recess:**     **11:19 a.m.**
Total time in court:     00:03

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.