IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action:24-cv-00777-PAB-STV | Date:  August 14, 2024 |
| Courtroom Deputy:  Cathy Pearson | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| JAMES E. SHELTON | Andrew Perrong |
|    Plaintiff, | |
| v. | |
| AMERICAN BUSINESS SERVICES INC., and NARIN CHARANVATTANAKIT | Jessica King |
|    Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:** 11:00 a.m.
Court calls case.  Appearances of counsel.

This matter is set before the court for a status on the case.

Discussion held regarding service on Defendant American Business Services Inc.

For the reasons stated on the court, it is:

**ORDERED:** Further Status Conference set for **October 23, 2024, at 10:00 a.m.** Telephonic appearances will be permitted and may be made by calling 571-353-2301 at the scheduled time and utilizing Meeting ID: 252821415#.

**ORDERED:** Discovery among the parties is permitted to determine if the individual defendant should be in the case and what, if any, responsibility they may have.

Hearing concluded.
**Court in recess:**  11:05 a.m.
Total time in court:  00:05

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.