IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN BUSINESS SERVICES INC.<br>D/B/A FUNDING 770<br><br>AND<br><br>NARIN CHARANVATTANAKIT<br><br>Defendants. | Case No. 24-cv-777 |

## STIPULATION TO DISMISS

The parties hereby stipulate to dismiss these proceedings without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), to convert to a dismissal with prejudice on December 18, 2024, absent motion by either party to stay the same. Each party shall bear their own costs.

Dated: October 18, 2024                    Respectfully submitted,

By:  */s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

1

By: */s/ Jessica B. King*

Jessica B. King, Esq.
Markun Zusman & Compton LLP
16255 Ventura Blvd.
Suite 910
Encino, California 91436
Phone:  (310) 454-5900
jking@mzclaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 18th day of October, 2024.

By:  */s/ Andrew Roman Perrong*

2