## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMERICAN BUSINESS SERVICES INC.<br>D/B/A FUNDING 770<br><br>AND<br><br>NARIN CHARANVATTANAKIT<br><br>Defendants. | Case No. 24-cv-777 |

### **STIPULATION TO DISMISS**

The parties hereby stipulate to dismiss these proceedings and convert the dismissal to one with prejudice with respect to the Plaintiff's individual claims. Each party shall bear their own costs.

Dated: October 23, 2024             Respectfully submitted,

By: */s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

1

By: */s/ Jessica B. King*

Jessica B. King, Esq.
Markun Zusman & Compton LLP
16255 Ventura Blvd.
Suite 910
Encino, California 91436
Phone: (310) 454-5900
jking@mzclaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 23rd day of October, 2024.

By: */s/ Andrew Roman Perrong*