IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00777-PAB-STV

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN BUSINESS SERVICES INC., d/b/a FUNDING 770, and
NARIN CHARANVATTANAKIT,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff James E. Shelton and defendant Narin Charanvattanakit's Stipulations to Dismiss [Docket Nos. 21, 23]. At a status conference before Magistrate Judge Scott T. Varholak on August 14, 2024, Docket No. 20, plaintiff Shelton stated that he was working to serve defendant American Business Services Inc. ("ABS"). As of the date of this order, plaintiff Shelton has not served defendant ABS and it has not entered an appearance. On October 18, 2024, plaintiff Shelton and defendant Charanvattanakit filed a Stipulation to Dismiss, Docket No. 21, that "stipulate[d] to dismiss these proceeding without prejudice." Docket No. 21 at 1. On October 23, 2024, plaintiff Shelton and defendant Charanvattanakit "stipulate[d] to dismiss these proceedings and convert the dismissal to one with prejudice with respect to the Plaintiff's individual claims." Docket No. 23 at 1.

    Wherefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

    **ORDERED** that the Stipulation to Dismiss [Docket No. 23] is deemed effective. It is further

    **ORDERED** that the plaintiff's individual claims against defendants American Business Services, Inc. and Narin Charanvattanakit are **DISMISSED with prejudice**. It is further

    **ORDERED** that the Stipulation to Dismiss [Docket No. 21] is deemed effective in part. It is further

**ORDERED** that all claims in the complaint other than plaintiff's individual claims are **DISMISSED without prejudice**. It is further

**ORDERED** that this case is closed.

DATED December 17, 2024.